# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

(To be supplied by the court)

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:00 am, Dec 24, 2020*
**JEFFREY P. COLWELL, CLERK**

**Nicole M. Fanning**

_____, Plaintiff

v.

**Ulta Salon, Cosmetics & Fragrances Inc, / Ulta Beauty Inc.**

_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

          Nicole Fanning      14436 W. 93rd St. Lenexa, Kansas 66215
  (Name and complete mailing address)

          (913)481-6917          nfanning4@gmail.com
  (Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

   Defendant 1:        Ulta Beauty Inc. Corporate Office
                       1000 Remington Blvd. Suite 120 Bolingbrook, IL 60440
                       (Name and complete mailing address)

                       (630)410-4800
                       (Telephone number and e-mail address if known)


   Defendant 2:        Ulta Beauty Store Location - 252
                       210 Ken Pratt Blvd Suite160  Longmont, CO 80501
                       (Name and complete mailing address)

                       (303)776-0354
                       (Telephone number and e-mail address if known)

C.   **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

 **X**   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

 **X**   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

2

    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

    Other: (*please specify*)

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    TITLE VII SEXUAL DISCRIMINATION

The conduct complained of in this claim involves the following: (*check all that apply*)

    ___ failure to hire      **X** different terms and conditions of employment

    ___ failure to promote      ___ failure to accommodate disability

    **X** termination of employment      **X** retaliation

    ___ other: (*please specify*)

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    ___ race      ___ religion      ___ national origin      ___ age

    ___ color      **X** sex      ___ disability

Supporting facts:
Supporting facts attached Labeled D.

CLAIM TWO:    DISABILITY DISCRIMINATION RETALIATION

The conduct complained of in this claim involves the following: (*check all that apply*)

3

    ___ failure to hire      **X** different terms and conditions of employment

    ___ failure to promote      **X** failure to accommodate disability

    **X** termination of employment      **X** retaliation

    ___ other: (*please specify*)

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    ___ race    ___ religion    ___ national origin    ___ age

    ___ color    ___ sex    **X** disability

Supporting facts:
    Supporting facts attached Labeled D.

### E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    **X** Yes (*You must attach a copy of the administrative charge to this complaint*)

    ___ No

Have you received a notice of right to sue? (*check one*)

    **X** Yes (*You must attach a copy of the notice of right to sue to this complaint*)

    ___ No

### F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

**I am requesting actual damages, including back pay and front pay, compensatory damages for emotional distress for pain and suffering, punitive damages, attorney fees and costs, interest at the highest lawful rate, equitable relief, and all other relief allowed by law or equity.**

### G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**NICOLE M. FANNING**

(Plaintiff's signature)

**12/22/2020**
(Date)

(Form Revised December 2017)

Nicole Fanning v. Ulta Salon Cosmetics & Fragrance/Ulta Beauty Inc.

# D. STATEMENT OF CLAIMS
## CLAIM ONE
(Title VII of the Civil Rights Act)

'The conduct complained of in this claim involves the following:

TERMINATION OF EMPLOYMENT

DIFFERENT TERMS AND CONDITIONS OF EMPLOYMENT

RETALIATION

Defendant's conduct was discriminatory because it was based on the following:

SEX

On or about January 26, 2017th I was hired as Counter Manager and worked my way up to a promotion in Clinique Cosmetics. This promotion is not easily given. During my tenure, I moved locations. On or about November 16, 2017. I was transferred to Longmont, CO (store 252) from Olathe, KS. Shortly after my transfer I was subjected to sexual harassment by the Operations Manager, Eric Schwartzbach.

On or about December of 2017 the Operations Manager, Eric Schwartzbach offered to purchase holiday gifts for me, I politely declined the offer.

On or about January of 2018 I was asked by Sonya Newton to be a leader of the store, eyes and ears, to give her information about what was going on in the workplace.

On or about February of 2018 I attended a three (3) day, two (2) night Clinique training course located at the Denver Tech Center, approximately 48 miles from Ulta Beauty Store 252. Due to epileptic seizures I did not drive long distances at the time, this was when Operations Manager Eric Schwartzbach insist that I stay overnight at his home near the Denver Tech Center where I could also see his horses. He offered to drive me to the training on his way to work. I

declined his offer. I requested an overnight stay at the Denver Tech Center be provided by Clinique Cosmetics where I roomed with a fellow Clinique associate, Bridgette, from Fort Collins.

After declining the Operation Managers Eric Schwartbach's invitation to stay overnight at his home, it was very apparent that I was less favored in the Ulta store 252.

On or about April of 2018 I spoke with General Manager Sonya Newton about how Operations Manager, Eric Schwartzbach made myself and other females in the workplace feel uncomfortable. A few instances he talked about were anal sex and bathing in green Jello. I told General Manager, Sonya Newton that I spoke up for these young women because they are on or around the ages of eighteen (18) and they need a voice. They don't understand what is going on to them and I cannot stand to just watch these incidents happen before my eyes while nothing is being done. I myself was afraid to even speak about the matter in fear of losing my job. Therefore, I declined to speak to human resources in fear of retaliation and the stress that would trigger my seizure disability.

On or about June 2018 in a survey to Ulta, I wrote my view on the hostile work environment I had been encountering for the past few months. It wasn't a week before Ulta Human Resources wanted to speak with me about the Operations Manager, Eric Schwartzbach and how his words towards associates and advances were aggravating my disability.

After my talk with Human Resources I was forced to apply for an intermittent Leave Of Absence.

I was told to put in multiple dates prior to to Leave of Absence regardless if they were accepted by the UNUM app or not, just as long as the company has documentation. These are date

On or about July 2018 I received a promotion through Clinique Cosmetics that is only given to 10 counters in the country. I was praised for my hard work and given a second counter representative to help with daily tasks and rise in customer base.

On or about July 18, 2018 I was approved for two (2) week Leave of Absence.

On or about July 20, 2018 I was terminated for violation of time policy.

Ulta stores I have worked instructed employees to clock in on time no matter what and finish meals before continuing work.

2

Ulta stores I have worked at require employees to wait on management to check their belongings before clocking out and leaving the store for lunch. Class action lawsuits have been filed against the company for misusing this policy on multiple occasions.

After receiving a small amount of unemployment, I was appealed. I did not receive the information package and was not on the call to stand up for myself. I appealed the appeal and was denied.

I was unable to find a job for nine (9) months in Colorado, I moved back to Kansas City where I later found a job at a Cafe in April of 2019.

After alerting the EEOC of my move, on or about June of 2019, District Manager Liz walks into my cafe, t.Loft in Overland Park, Kansas. Not sure if it's coincidence or harassment.

I believe I have been discriminated against because of my sex-female in violation of Title VII of the Civil Rights Act of 1964 (Title VII), As amended; and because of a disability, within the meaning of the Americans with Disabilities Act of 1990 (ADA), as amended, in violation of the ADA both in retaliation for participating in a protected activity.

After informing employer and requesting accommodations they retaliated and terminated and I was less favorable.

Employer reason for termination pretext, was designed to hide their true illegal discriminatory reasons.

# D.     STATEMENT OF CLAIMS

# CLAIM TWO

### (DISABILITY DISCRIMINATION RETALIATION)

The conduct claimed of in this claim involves the following:

TERMINATION OF EMPLOYMENT

DIFFERENT TERMS AND CONDITIONS OF EMPLOYMENT

FAILURE TO ACCOMMODATE DISABILITY

RETALIATION

Defendants conduct was discriminatory because it was based on the following:

DISABILITY

On or about January 26, 2017 I was hired as Counter Manager and worked my way up to a promotion in Clinique Cosmetics. This promotion is not easily given. During my tenure, I moved locations.

On or about November 16, 2017. I was transferred to Longmont, CO (store 252) from Olathe, KS. Shortly after my transfer I was subjected to sexual harassment by the Operations Manager, Eric Schwartzbach.

On or about December 2017 the Operations Manager, Eric Schwartzbach offered to purchase holiday gifts for me, I politely declined the offer.

On or about February 2018 I attended a three (3) day, two (2) night Clinique Cosmetic training course located at the Denver Tech Center, approximately 48 miles from Ulta Beauty Store 252.

I am an individual that suffers from epileptic seizures multiple times a year. Because of this disability I refrain from driving long distances.

Operations Manager Eric Schwartzbach insisted I stay overnight at his home near the Denver Tech Center where I could also see his horses. He told me that he would drive me to the Clinique training on his way to work. I declined his offer.

4

  I requested an overnight stay at the Denver Tech Center provided by Clinique along with a fellow Clinique roommate, Bridgette from Fort Collins. I told Bridgette about Eric Schwartzbach's offer to have me stay at his house.

  After declining the Operation Manager, Eric Schwartbach's invitation to stay overnight at his home it was very apparent that I was less favored at Ulta store 252.

  I am an individual with epilepsy. I experience infrequent symptoms and episodes related to epilepsy, including stress induced seizures a few times a year. In this case the hostile work environment caused more frequent epileptic seizures as well as a breakout in a stress rash along the face, neck and arms which I was sent to see a neurologist and dermatologist for.

  On or about April of 2018 I spoke with General Manager Sonya Newton about how Operations Manager, Eric Schwartzbach made myself and other females in the workplace feel uncomfortable. I mentioned the instances in which he talked about anal sex, green Jello and his sexual experience with women. I told General Manager, Sonya Newton that I'm speaking up for myself and these young women as well because they are on or around the ages of eighteen (18) and they need a voice. They don't understand what is going on to them and I cannot stand to just watch these incidents happen before my eyes while nothing is being done. I myself was afraid to even speak about the matter in fear of losing my job. Therefore, I declined to speak to human resources in fear of retaliation and the stress that would trigger my seizure disability. I was hopeful the matter would be resolved without corporate. I was wrong, he remained employed for several months.

  On or about June 2018 after I wrote a letter to Ulta Corporate during their yearly Ulta survey, Human Resources called the General Manager, Sonya Newton of the store 252 wanting to speak with me about Operations Manager Eric Schwartzbach and how his words towards associates and advances were aggravating my disability.

  On or about June 2018 after speaking with Human Resources I was forced to apply for an intermittent Leave Of Absence.

  Management demanded that I send all prior days tardy and or missed to and outside insurance company, UNUM to keep electronic record of all epileptic episodes.

  I attempted to log in prior days missed per managements request, multiple times yet was denied due to my leave of absence time frame. These dates missed were prior to the leave of absence so they could not be accepted by UNUM. Employer reason for termination pretext, was designed to hide their true illegal discriminatory reasons.

On or about July 2018 I received a promotion through Clinique Cosmetics that is only given to 10 counters in the country. I was praised for my hard work and given a second counter representative to help with daily tasks and rise in customer base.

On or about July 2018 I felt targeted, the environment was hostile and my epileptic episodes became more frequent so I applied for a short two (2) week leave of absence.

On or about July 18, 2018 I was approved for a two (2) week Leave of Absence through my neurologist, the FMLA and UNUM.

On or about July 20, 2018 I was terminated for violation of time policy.

Ulta stores I have worked instructed employees to clock in on time and finish meals before continuing work.

Ulta stores I have worked at require employees to wait on management to check their belongings before leaving the store for lunch. Class action lawsuits have been filed against the company for misusing this policy on multiple occasions.

I believe I have been discriminated against because of my sex-female in violation of Title VII of the Civil Rights Act of 1964 (Title VII), As amended; and because of a disability, within the meaning of the Americans with Disabilities Act of 1990 (ADA), as amended, in violation of the ADA both in retaliation for participating in a protected activity.

After informing employer and requesting accommodations, they retaliated and terminated and I was less favored.

Employer reason for termination pretext, was designed to hide their true illegal discriminatory reasons.

F.      REQUEST FOR RELIEF

I am requesting actual damages, including back pay and front pay, compensatory damages for emotional distress for pain and suffering, punitive damages, attorney fees and costs, interest at the highest lawful rate, equitable relief, and all other relief allowed by law or equity.