IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03789-MEH

NICOLE M. FANNING,

    Plaintiff,

v.

ULTA SALON, COSMETICS AND FRAGRANCES, INC., and
ULTA BEAUTY, INC.,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is the parties' Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed October 4, 2021; ECF 45]. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Here, all parties have signed the Stipulation. Therefore, this case was **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary.

Dated and entered at Denver, Colorado, this 4th day of October, 2021.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge